## PERMISSION FOR TRANSPORT 1 of 2

The undersigned do hereby attest that they are the Legal Guardian(s) of below named Minor Child and has/have full legal custody over said Minor Child. The undersigned have enrolled the Minor Child in a program/facility at the below named referenced destination and do hereby retain US Transport Service, Inc. for the purpose of transport of Minor Child to said destination.

Minor Child's Name: ▮
Program/facility: ▮
Location/address: ▮
Contact Person: ▮

Legal Guardian(s) do hereby represent and attest that they have the legal authority to have Minor Child transported to the facility/program listed above by US Transport Service, Inc.

Legal Guardian(s) expressly agree and certify that I/We have adequate insurance to cover any injury or damage the Minor Child listed above may cause or suffer while participating.

Legal Guardian(s) expressly agree that consent is hereby given to USTS, Inc. to search the personal effects and person of the Minor Child being transported. USTS, Inc. may confiscate and dispose of any item deemed as contraband or which, in the opinion of USTS, Inc., may pose a danger to any person. The disposal of items confiscated shall be in the absolute discretion of USTS, Inc., which shall have no obligation to return such items or to compensate for the value of such items.

Legal Guardian(s) expressly agree that consent is hereby given to USTS, Inc., to physically restrain, control and detain the Minor Child, if reasonably necessary to prevent the child from running away, jeopardizing his/her safety, the safety of other persons, or to prevent the destruction of property.

Legal Guardian(s) acknowledge(s) that they remain responsible for their Minor Ward and for her/his health, well being and expenses associated therewith, including expenses related to the Minor's medical or physical condition.

Guardian(s) do hereby agree to pay US Transport Service ▮ for transport of Minor Child. Amount stated above is non-refundable once the US Transport Agents have left our facility, except for any unused, refundable airfare. In the event of a cancellation, any non-refundable pre-purchased airfare shall remain the responsibility of the Guardian(s). Should the Minor Child not be available upon the Agents' arrival, and at the Guardians discretion, agents can stay and look for Minor Child at a rate of $▮ per hour plus any applicable airline change fees and price increases.

EXHIBIT "1"

PERMISSION FOR TRANSPORT 2 of 2

## TERMINATION OF DUTIES / OBLIGATIONS OF US TRANSPORT SERVICE INC.

The duties and obligations of USTS, Inc., hereunder shall terminate at the time that Minor Child is delivered to program/facility and has been signed for, dated, and time noted of the acceptance of Minor Child. Said signed acknowledgment shall terminate the obligations of USTS, Inc., on the date and at the time indicated.

GUARDIAN: _____
ADDRESS: _____

PHONE: _____
DATE: _____
GUARDIAN: _____
ADDRESS: _____

PHONE: _____
DATE: _____

Legal Guardian(s) expressly agree and certify that I/We have had sufficient opportunity to read this entire document. I/We have read and I/We agree to be bound by its terms.

### SIGNATURES REQUIRED

IN WITNESS WHEREOF, the parties have executed this agreement as of the day and year first herein above written.

PARENT/GUARDIAN _____  PARENT/GUARDIAN _____
Print Name: _____  Print Name: _____

### RECEIVING PROGRAM/FACILITY

_____ was delivered to representatives of _____

on this _____ day of _____, _____, at _____ AM/(PM.)

Checks received _____ (int.) Contracts received _____ (int.) Medications received _____ (int.)

Signatures below acknowledge receipt of Minor Child.

_____ Signature of facility/program representative.

_____ Print Name of facility/program representative