IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Tarah Fleischman, as Parent and Guardian of C.F., a minor, and in her own right<br><br>         Plaintiff,<br><br>v.<br><br>FOREST TRAIL ACADEMY, LLC, ATLANTIS LEADERSHIP ACADEMY, LLC, RANDALL COOK, LISA COOK, UNITED SECURE YOUTH TRANSPORT AGENCY, LLC, and DEBBIE CELANI,<br><br>         Defendants. | **CIVIL ACTION NO. 9:24-cv-81457-RLR**<br><br>**JURY TRAIL DEMANDED** |

**NOTICE OF SETTLEMENT**
**AS TO DEFENDANTS DEBBIE CELANI AND TEEN SENTINEL, LLC ONLY**

  Plaintiff, Tarah Fleischman, as Parent and Guardian of C.F., a minor, and in her own right, by and through undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby notifies the Court that the parties have reached a settlement with regards to Defendants Debbie Celani and Teen Sentinel, LLC ("Celani Defendants"), only, in the above-captioned matter. The matter pertaining to all remaining defendants has not been settled.

  Plaintiff and the Celani Defendants are currently in the process of preparing and finalizing the settlement documents and payments. Upon execution of the settlement agreement and receipt of the settlement funds, the parties anticipate filing a stipulation of dismissal with prejudice within 45 days, or less.

  Accordingly, Plaintiff respectfully requests that the Court stay all pending deadlines as they apply to Defendants Debbie Celani and Teen Sentinel, LLC, only for 45 days to allow for completion of the settlement process.

**RESPECTFULLY** submitted this 6th day of June, 2025.

        **THE HAGGARD LAW FIRM, PA**
*Attorneys for Plaintiff*
330 Alhambra Circle, First Floor
Coral Gables, Florida 33134
Telephone: 305-446-5700
Facsimile:  305-446-1154

By: */s/ Kimberly Wald, Esq.*
Kimberly L. Wald, Esq.
Florida Bar No. 112263
KLW@HaggardLawFirm.com
ymfatherree@HaggardLawFirm.com

and

**LAFFEY, BUCCI, D'ANDREA, REICH & RYAN, LLP**
*Attorneys for Plaintiff*
1100 Ludlow Street. Suite 300
Philadelphia, PA 19107
Telephone: 215-399-9255
Facsimile: 215-857-0075

By: */s/ Michael J. McFarland, Esq.*
Michael J. McFarland, Esq.
Admitted *Pro Hac Vice*
cvgdteam@laffeybucci.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been furnished by electronic filing with the Clerk of the court via CM.ECF, which will send notice of electronic filing to all counsel of record on June 6, 2025.

**THE HAGGARD LAW FIRM, PA**
*Attorneys for Plaintiff*
633 South Andrews Ave, Suite 400
Fort Lauderdale FL 33301
Telephone: 954-323-4400
Facsimile: 305-446-1154

By: */s/ Kimberly Wald, Esq.*
Kimberly L. Wald, Esq.
Florida Bar No. 112263
KLW@HaggardLawFirm.com
ymfatherree@HaggardLawFirm.com

## SERVICE LIST:

Antonia Odeh
FL Bar No. 1045730
COLE, SCOTT, & KISSANE, P.A.
9150 South Dadeland Blvd, Suite 1400
Maimi, FL 33256
T: (786) 268-6926
F: (305) 373-2294
Email: antonia.odeh@csklegal.com
Yvonne.Calle@csklegal.com
*Counsel for Defendant United Secure Youth Transport Agency, LLC*

**Michael Jason Merrill**
**Andrews Biernacki Davis**
**390 N. Orange Avenue**
**Ste 2100**
**Orlando, FL 32801**
**407-649-9434**
**Email: mmerrill@abdmplaw.com**
*Counsel for Defendant Debbie Celani*

Scott Yount, Esquire
Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Boulevard
Suite 800
Tampa, FL 33606-2760
Email: **syount@garrisonyount.com**
*Attorney for Defendant Forest Trail Academy, LLC*