**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-cv-81457-MIDDLEBROOKS

TARAH FLEISCHMAN, as parent
and guardian of C.F., a minor, and in her
own right,

       Plaintiff,

v.

FOREST TRAIL ACADEMY, LLC, et al.,

       Defendants.

_____/

## ORDER TERMINATING CERTAIN DEFENDANTS

    THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice of Defendants Debbie Celani and Teen Sentinel, LLC filed September 18, 2025 (DE 114). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action.

    Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **TERMINATE** Defendants Debbie Celani and Teen Sentinel, LLC as defendants in this matter.

    **SIGNED** in Chambers in West Palm Beach, Florida, this 19th day of September 2025.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record